# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 15-MJ-01065-MEH |
| JON CICCHI | PRO SE |

**THE DEFENDANT:** Pleaded guilty to count(s) 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 C.F.R. §9212.1 (d) | LEAVING A FIRE WITHOUT EXTINGUISHING IT | 4/21/2015 | 1 |

Defendant sentenced to: must pay restitution in an amount to be determined on September 2, 2015 at 2:30 p.m. before Magistrate Judge Tafoya; must pay fees of $25 to be paid by 7/15/2015 to United States District Court finance office at 901 19th Street, Denver, CO.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Total: | $25.00 | $0.00 | $0.00 |

7/15/2015
Date of Imposition of Judgment

_Signature of Judicial Officer_
Nina Y. Wang, U.S. Magistrate Judge
Name & Title of Judicial Officer

7.28.15
Date