AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA
v.
JON CICCHI

**AMENDED**
**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 15-MJ-01065-MEH
USM No.
PRO SE
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)  N/A  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 15-MJ-01065-MEH | LEAVING A FIRE WITHOUT EXTINGUISHING IT | 04/21/2015 |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence: _____

9-16-15
Date of Imposition of Judgment

Michael E. Hegarty
Signature of Judge

Michael E. Hegarty, U.S. Magistrate Judge
Name and Title of Judge

2/29/2016
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 2 of 2

DEFENDANT: JON CICCHI
CASE NUMBER: 15-MJ-01065-MEH

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 25.00 | $ 0.00 | $ 7,500.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bureau of Land Management-CSO<br>ATTN: JULIE SCHOLLA<br>2850 YOUNGFIELD ST<br>LAKEWOOD, CO 80215 |  | $1,650.00 |  |
| U.S. Forest Service<br>ACS CLAIMS MANAGEMENT<br>101B SUN AVENUE, NE<br>ALBUQUERQUE, NM 87109 |  | $5,850.00 |  |
| TOTALS | $ 0.00 | $ 7,500.00 |  |

☒ Restitution amount ordered pursuant to plea agreement $ 7,500.00

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.